Brent Davis Armstrong, Law Office of Brent D. Armstrong, Clearwater, FL, for Defendant–Appellant.

Philip Wade Savrin, Freeman, Mathis & Gary, LLP, Atlanta, GA, for Defendant–Appellee.

Before BARKETT, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Brent Armstrong, appointed counsel for Delroy Holmes, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Holmes's convictions and sentences are **AF-FIRMED.**

Before TJOFLAT, BARKETT and ANDERSON, Circuit Judges.

PER CURIAM:

The district court, in its order of October 13, 2010, dismissed the plaintiff's complaint for failure to state a claim for relief because the complaint was not brought within the two-year limitations period contained in the insurance policy defendant issued plaintiff. Plaintiff now appeals. We find no error in the court's rationale for dismissing the complaint. The court's judgment is therefore

AFFIRMED.

**Ethel BROOKS, Plaintiff–Appellant,**

v.

**The HARTFORD INSURANCE COMPANY, Defendant–Appellee.**

No. 10–15308

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

April 29, 2011.

Patrick M. Connolly, Atlanta, GA, for Plaintiff–Appellant.

**Kabil Anton DJENASEVIC, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

No. 09–15495.

United States Court of Appeals, Eleventh Circuit.

April 29, 2011.